**THOMAS K. GODFREY**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: 406-657-6101
Fax: 406-657-6058
Email: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
AUG 2 1 2023
Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. GABRIEL COWAN METCALF Defendant. | MJ-23-130-BLG-TJC  MOTION TO SEAL COMPLAINT, AFFIDAVIT, AND ARREST WARRANT |
|---|---|

The United States, through Thomas K. Godfrey Assistant U.S. Attorney, requests this Court to seal the complaint, affidavit, and arrest warrant, as the revealing of information contained therein at this time would jeopardize the investigation, could compromise certain information, and would present a safety risk to the arresting officers.

1

The United States further requests this matter be unsealed upon the Defendant's initial appearance.

DATED this 21st day of August, 2023.

                                           JESSE A. LASLOVICH
                                           United States Attorney

                                           */s/ Thomas K. Godfrey*
                                           THOMAS K. GODFREY
                                           Assistant U.S. Attorney