

FILED

AUG 2 1 2023

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | MJ 23-130-BLG-TJC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GABRIEL COWAN METCALF, | |
| Defendant. | |

Based on the motion of the United States and good cause appearing,

IT IS ORDERED that this case and all pleadings in it, including the Complaint and Affidavit filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed upon the Defendant's initial appearance.

DATED this 21 day of August 2023.

_____
Timothy J. Cavan
United States Magistrate Judge

1