AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. MJ-23-132-BLG-TJC
430 Broadwater Avenue, Billings, Montana, 59101 )
)
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Montana _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein by reference;

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   9-5-23   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Timothy J. Cavan _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   8-22-23  3:31 p.m.   _____
                                               *Judge's signature*

City and state:   Billings, MT   _____   U.S. Magistrate Timothy J. Cavan
                                                    *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: <br> MJ-23-130-BLG-TJC | Date and time warrant executed: <br> 8/22/23 at 1700 hours | Copy of warrant and inventory left with: <br> Vivian Young at 430 Broadwater |
| Inventory made in the presence of: <br> SA Philip Swain |||
| Inventory of the property taken and name of any person(s) seized: <br> 1.  One (1) BRZ Tech Rossi, Model Triecta, 20 gauge break-action shotgun (SN: SP919241) <br> 2.  Six (6) rounds of 20 gauge shotgun ammunition <br> 3.  One (1) Samsung Phone, black in color, belonging to METCALF |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/22/23

*Executing officer's signature*
Dustin Stroble, Task Force Officer

*Printed name and title*

## ATTACHMENT A

430 Broadwater Avenue, Billings, Montan 59101, appears to be a single story single family home. The exterior is white in color. "4 3 0" is in black lettering on the support pillar to the entry overhang. The legal description is YELLOWSTONE ADD, S04, T01 S, R26 E, BLOCK 1, Lot 32 – 33.



1

## *ATTACHMENT B*

## *DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED*

### *FIREARMS*

Any firearms to include rifles, shotguns, pistols, revolvers, and any weapons made from the aforementioned firearms, which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; any firearm muffler or silencer; any destructive device (to include any explosive, incendiary or poison gas; any type of firearm which has any barrel with a bore of more than one-half inch in diameter; and any combination of parts either designed or intended for use in converting any device into any destructive device).

Other items pertaining to the possession of firearms, including gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

### *RECORDS/DOCUMENTS*

The following records or documents whether contained on paper in handwritten, typed, photocopied or printed form.

Description of Particular Records/Documents:

1. ***Indicia of Control of the Premises***

    Records that establish the persons who have control, possession, custody or dominion over the property searched and from which evidence is seized, such as: personal mail, checkbooks, personal identification, notes, other correspondence, rent receipts, payment receipts, financial documents, and/or leases.

1