IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL COWAN METCALF,<br><br>Defendant. | MJ 23-130-BLG-TJC<br><br>**ORDER** |

Defendant has filed a Motion for Detention Hearing (Doc. 16), requesting to reopen the detention hearing. Defendant indicates the United States opposes his motion. Accordingly, IT IS ORDERED that the United States shall file its opposition to Defendant's motion on or before **September 15, 2023**.

DATED this 11th day of September, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge